UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DGI MANUFACTURING, LTD., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 3:15-CV-02600 |
| THE TRAVELERS LLOYDS § | |
| INSURANCE COMPANY, OSCAR V. § | |
| RODRIQUEZ, and JASON KEEN, § | |
| § | |
| Defendants. § | |

## JOINT NOTICE OF STIPULATION ON
## PLAINTIFF'S MOTION TO REMAND

Plaintiff DGI Manufacturing, LTD, Defendant The Travelers Lloyds Insurance Company, and Defendant Oscar Rodriguez (collectively, the "Parties") hereby advise the Court that the Parties have stipulated and agreed this case shall be remanded to the 134th Judicial District Court of Dallas County, Texas, rendering moot Plaintiff's Motion to Remand [Doc. No. 4].

WHEREFORE, pursuant to the Parties' stipulation and agreement, the Parties respectfully request that this case be remanded to the 134th Judicial District Court of Dallas County, Texas.

Respectfully submitted,

**LOREE & LIPSCOMB**

By: */s/ Robert W. Loree*
   Robert W. Loree
   State Bar No. 12579200
   rob@lhllaw.com

777 East Sonterra Boulevard, Suite 320
San Antonio, TX 78258
Telephone:   210-404-1320
Facsimile:   210- 404-1310

Robert W. Von Dohlen
State Bar No. 24077596
robert@vondohlenlaw.com
**VON DOHLEN LAW FIRM, PLLC**
4101 Washington Avenue
Houston, TX 77007
Telephone:   830-388-0084
Facsimile:   866-838-6316

**ATTORNEYS FOR PLAINTIFF**

-and-

**ZELLE HOFMANN VOELBEL & MASON LLP**

By: */s/ Jennifer L. Gibbs*
   James W. Holbrook, III
   Texas Bar No. 24032426
   jholbrook@zelle.com
   Jennifer L. Gibbs
   Texas Bar No. 24050656
   jgibbs@zelle.com

901 Main Street, Suite 4000
Dallas, TX 75202-3975
Telephone:   214-742-3000
Facsimile:   214-760-8994

**ATTORNEYS FOR DEFENDANTS THE TRAVELERS LLOYDS INSURANCE COMPANY AND OSCAR V. RODRIGUEZ**